**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TY THOMAS,

                Plaintiffs,

v.

JAMES DZURENDA, et al.,

                Defendants.

3:18-cv-0464-MMD-CLB

**ORDER**

Appointed counsel were ordered to advise the court whether they would be withdrawing from this matter (ECF No. 26).  They failed to file such a notice in this case; however, in every other similar case appointed counsel advised they would be withdrawing.  Therefore, appointed counsel shall have until **Tuesday, January 5, 2021** to file a motion to withdraw or the court will assume that they will continue as appointed counsel for the remainder of this case.  Due to extremely limited availability of pro bono counsel, the court declines at this time to refer this case to pro bono program for further appointment of counsel. The court also notes that attorney Ryan Hamilton is representing plaintiff in this case.

       **DATED:**  December 15, 2020.

                                                     _____

                                                     **UNITED STATES MAGISTRATE JUDGE**