**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TY THOMAS, | 3:18-cv-0464-MMD-CLB |
| Plaintiffs, | |
| v. | **ORDER** |
| JAMES DZURENDA, et al., | |
| Defendants. | |

On September 27, 2019, Adam Hosmer-Henner, Esq., Philip Mannelly, Esq., Chelsea Latino, Esq., and Philip Mannelly, Esq. of McDonald Carano LLP and Margaret McLetchie, Esq. and Alina Shell, Esq. of McLetchie Law accepted the pro bono assignment of this case together with a group of other related cases (ECF No. 12).  However, Plaintiff engaged other counsel and Ryan Hamilton, Esq. of Hamilton Law LLC entered a formal notice of appearance on behalf of the plaintiff (ECF No. 23).[1]

Therefore, the Clerk shall remove the following attorneys from the docket in this action: Adam Hosmer-Henner, Alina Shell, Chelsea Latino, Margaret McLetchie, and Philip Mannelly.

The stay of this action is hereby lifted.  The court will contact counsel to set this case for an inmate mediation conference.

**DATED:**  January 12, 2020.

_____

**UNITED STATES MAGISTRATE JUDGE**

---

[1] In the interim, plaintiff was also represented by Timothy Treffinger from January to June 2020 (ECF Nos. 18 & 22).